UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SYLVERTER FLOYD,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES A. YATES,<br><br>        Respondent. | Case No. CV 08-5985 SJO (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: January 21, 2009

                                                  / S /   S. James Otero
                                                  S. James Otero
                                                  United States District Judge