UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SYLVERTER FLOYD,                          )
                                          )
                Petitioner,               )   Case No.   CV 08-5985-SJO(AJW)
                                          )
vs.                                       )
                                          )
JAMES A. YATES, Warden,                   )   JUDGMENT
                                          )
                Respondent.               )
_____)

    **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.


Dated: January 21, 2009

                                    / S / S. James Otero
                                    S. James Otero
                                    United States District Judge